# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## CIVIL MINUTES - GENERAL

CASE NO.: CV 17-06537-R (JCx)　　　　　　　DATE: November 29, 2017

TITLE: Star Fabrics Inc v. Citi Trends Inc. et al.
================================================================
PRESENT: **HON. MANUEL L. REAL, UNITED STATES DISTRICT JUDGE**

    **Ingrid Valdes**　　　　　　　　　　　  **N/A**
    Deputy Clerk　　　　　　　　　　　　  Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:　　ATTORNEYS PRESENT FOR DEFENDANT:

    Not present　　　　　　　　　　　　  Not present

PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION

    Plaintiff(s) is ordered to show cause in writing no later than December 13, 2017 why this action should not be dismissed for lack of prosecution.

    The Court will consider the filing of the following, as an appropriate response to this OSC, on or before the above date:

    **- Plaintiff's filing of a noticed motion for entry of default judgment as to Pride and Joys, Inc.**

    In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, no oral argument on this Order to Show Cause will be heard unless ordered by the Court. The Order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Court's Order may result in the dismissal of the action.

MINUTES FORM II　　　　　　　　　　　　　　　　　Initials of Deputy Clerk __CCH__
CIVIL - GEN